IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JUAN CARLOS RINCON PARRA,              )
                                       )
                Petitioner,            )
                                       )
VS.                                    )          CIVIL ACTION NO.
                                       )
WARDEN PRAIRIELAND                     )          3:26-CV-1172-G-BT
DETENTION CENTER,                      )
                                       )
                Respondent.            )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*]

in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct, and they are accepted

as the Findings and Conclusions of the court.  For the reasons stated in the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge, the

plaintiff's claims brought under 42 U.S.C. § 1983 (docket entry 3) will be

**DISMISSED** by separate judgment.

_____

[*]       No objections were filed.

**SO ORDERED.**

July 15, 2026.

A. JOE FISH
**Senior United States District Judge**